## City of Newport v. Silva.

(Decided June 21, 1911.)

### Appeal from Campbell Circuit Court.

Stree Railways—Rights of City Under the act of 1910.—The city authorities may determine the part of a street to be constructed by a street railway company.

RESPONSE TO PETITION FOR REHEARING BY CHIEF JUSTICE HOBSON—Overruling.

No question is concluded by the opinion except those therein stated. The right of any railroad company or other corporation under any contract heretofore made is not passed on as no such question is presented by the record. The matter of the construction of the part of the street to fall on the company may be regulated under the provisions of the act, unless there is some contract exempting the company from the liability, or imposing a different liability.

Petition overruled.